# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS

**(501 West 10th Street, Room 310, Fort Worth, TX 76102-3673)**



| | | |
|---|---|---|
| Ronald Satish Emrit, | ) | **4-18CV0090  0** |
|     Plaintiff (Pro Se) | ) | |
| | ) | **C. A. No.:** |
|     v. | ) | |
| | ) | |
| AT & T & | ) | |
| Time Warner, Inc. | ) | |
| Defendants | ) | |
| | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB - 7 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the two defendants because of the fact that the first defendant (i.e. AT & T) is trying to affect net neutrality by performing a corporate takeover of Time Warner, Inc. to form a larger conglomerate.  The issue is ripe for adjudication and not moot given that the plaintiff has several music videos uploaded to Vevo, Apple Music/itunes, YouTube, Vimeo, Daily Motion, and VHX which are companies that would be negatively affected by the repeal of the net neutrality doctrine coupled with the merger and/or acquisition involving AT & T and Time Warner, Inc..  In bringing forth this complaint, the plaintiff states, avers, and alleges the following:

## I.) NATURE OF THE CASE

**1.)** Although the merger of AT & T and Time Warner, Inc. (or the apparent acquisition of Time Warner, Inc. by the parent corporation AT & T in an apparent cash-for-stock acquisition) has not occurred yet, the plaintiff argues

that he still has the standing, causation, and redressability to assert a cause of action against the two defendants given that the merger and/or acquisition in question will apparently give the defendants the ability to discriminate against the content of other smaller internet-based companies such as Vimeo, VHX, Daily Motion, and perhaps Vevo (notwithstanding the fact that Vevo is owned by most of the major record labels and Abu Dhabi Media).

2.) Accordingly, the plaintiff argues that the proposed merger should be enjoined and/or precluded by the Bureau of Economics and Bureau of Consumer Protection at the Federal Trade Commission (FTC) and the Anti-Trust Division of the U.S. Department of Justice.

3.) More specifically, the plaintiff believes in pertinent part that AT & T and Time Warner, Inc. will attempt to favor subsidiaries that they own which are involved in the World Wide Web as being Internet Service Provides (ISP's) even though the plaintiff has been informed that Verizon in particular is barred from favoring the content of its own company until 2019 by a court injunction. Large conglomerates such as Comcast and AT & T will not be precluded and/or enjoined from favoring the content of their own Internet Service Providers (ISP's) given that the injunction imposed on Verizon does not currently apply to AT & T, Time Warner, Inc., Comcast, or any of their subsidiaries.

## II.) PARTIES TO THIS LITIGATION

4.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada. His current mailing address is 8756 Las Vegas Court, Apartment # 2023, Fort Worth, Texas 76116. His cell phone number is currently (301)537-8471 and his primary email address is einsteinrockstar2@outlook.com. The plaintiff is filing this cause of action in the U.S. District Court for Hawaii because he anticipates that he

will be contemplating the possibility of moving to Hawaii closer to the 2020 presidential election.

5.) The first defendant is "doing business as" (d/b/a) AT & T.  Its principal place of business (ppb) and/or nerve center is located at the following address: 211 S Akard St, Dallas, TX 75202.  Its telephone number is (210) 821-4105.

6.) The second defendant is Time Warner, Inc. with its location at One Time Warner Center, New York, NY 10019-8016.  Its telephone number is 212-484-8000.

## III.) JURISDICTION AND VENUE

7.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

8.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

9.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the Northern District of Texas (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the two defendants.

10.) As an Article III court, the U.S. District Court for the Northern District of Texas also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of the Clayton Anti-Trust Act and Sherman Anti-Trust Act.

11.) Because the amount in controversy exceeds $75,000 (i.e. $250,000 is greater than $75.000), this court also has jurisdiction with regards to that particular issue.

## IV.) STATEMENT OF FACTS

12.) AT & T is currently trying to perform a corporate takeover of Time Warner, Inc. (which is not engaging in any "poison pill" mechanisms to avoid a corporate takeover).

13.) This attempt on the part of AT & T (to acquire Time Warner, Inc.) is appropriately being "blocked" by the Federal Trade Commission (FTC) and Department of Justice as it is in clear violation of the Sherman and Clayton Anti-Trust Acts.

14.) If AT & T is allowed to acquire Time Warner, Inc., it is expected that AT & T will attempt to favor the content of its own Internet Service Providers (ISP's) over websites such as Vimeo, YouTube, iTunes, and Vevo, i.e. all web-sites in which the plaintiff currently does business as an independent recording artist, songwriter, and publicist.

15.) The Federal Communications Commission (FCC) and its chairman Ajit Pai had recently repealed the Obama era doctrine of "net neutrality" in its ruling in December of 2017 (the doctrine had been put in place back in 2015).

16.) Pursuant to Rule 201 of the Federal Rules of Evidence (FRE), the court in the present case at bar can take judicial notice that the plaintiff has a pending lawsuit against Ajit Pai, the FCC, Donald Trump, Attorney General Jeff Sessions, etc. in the U.S. District Court for the District of Columbia.

## V.) COUNT ONE: MATERIAL BREACH OF CONTRACT

17.) A breach of contract is material if, as a result of the breach, the nonbreaching party does not receive the substantial benefit of his or her bargain.  If the breach is material, the nonbreaching party (i.) may treat the contract as at an end (any duty of counter-performance is discharged), and (ii.) has an immediate right to all remedies

**4**

for breach of the entire contract, including total damages (Note that a minor breach, if coupled with anticipatory repudiation, is treated as a material breach).

18.) In determining whether a breach is material or minor, the courts look at the following factors:

i.) The amount of benefit received by the nonbreaching party;

ii.) The adequacy of compensation for damages to the injured party;

iii.) The extent of part performance by the breaching party;

iv.) Hardship to the breaching party;

v.) Negligent or willful behavior of the breaching party; and

vi.) The likelihood that the breaching party will perform the remainder of the contract.

19.) The defendant committed a material breach of contract by attempting to perform a corporate takeover (or a merger and acquisition) of Time Warner, Inc. so that the defendant can favor its own Internet Service Providers (ISP's) over websites like Vimeo, YouTube, and Vevo after the Federal Communications Commission (FCC) repealed the doctrine of net neutrality (the plaintiff has a separate lawsuit against the FCC and other named defendants in the U.S. District Court for the District of Columbia).

## VI.) COUNT TWO: NEGLIGENCE

20.) In order to prove a prima facie case for negligence, the following elements must be proved:

i.) A duty on the part of the defendant to conform to a specific standard of conduct for protection of the plaintiff against an unreasonable risk of injury;

ii.) A breach of that duty by the defendant;

iii.) The breach is the actual and proximate cause of the plaintiff's injury; and

iv.) Damage

21.) The defendant committed negligence because it breached its duty of care owed to the plaintiff by attempting to perform a corporate takeover (or a merger and acquisition) of Time Warner, Inc. so that the defendant can favor its own Internet Service Providers (ISP's) over websites like Vimeo, YouTube, and Vevo after the Federal Communications Commission (FCC) repealed the doctrine of net neutrality (the plaintiff has a separate lawsuit against the FCC and other named defendants in the U.S. District Court for the District of Columbia).

## VII.) COUNT THREE: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS/CONTRACTS

22.) A plaintiff must establish five elements in order to prevail in a tortious interference with contract claim. The plaintiff must establish:

    a.) the existence of a contract,

    b.) the alleged wrongdoer's knowledge of the contract,

c.) intentional procurement of its breach,

d.) without justification, and

e.) damages. ***Kallok v. Medtronic, Inc., 573 N.W.2d , 356, 362, (Minn. 1998)***.

23.) The defendant committed the tortious interference with business relations/contracts (creating a competitive situation interfering with the plaintiff's online music business) by attempting to perform a corporate takeover (or a merger and acquisition) of Time Warner, Inc. so that the defendant can favor its own Internet Service Providers (ISP's) over websites like Vimeo, YouTube, and Vevo after the Federal Communications Commission (FCC) repealed the doctrine of net neutrality (the plaintiff has a separate lawsuit against the FCC and other named defendants in the U.S. District Court for the District of Columbia).

## VIII.) COUNT FOUR: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

24.) To establish a prima facie case for the intentional infliction of emotional distress (IIED), the following elements must be proved:

a.) An act by defendant amounting to extreme and outrageous conduct,
b.) Intent or recklessness,
c.) Causation and,
d.) Damages -severe emotional distress.

25.) The defendant committed the intentional infliction of emotional distress (IIED) because it is extreme, outrageous, and egregious for the defendant to attempt to perform a corporate takeover (or a merger and acquisition) of Time Warner, Inc. (in clear violation of the Clayton and Sherman Anti-Trust laws enforced by the Federal Trade Commission (FTC) and Department of Justice) so that the defendant can favor its own Internet Service Providers (ISP's) over websites like Vimeo, YouTube, and Vevo (utilized by the plaintiff in his online music business ventures) after the Federal Communications Commission (FCC) repealed the doctrine of net neutrality (the plaintiff has a separate lawsuit against the FCC and other named defendants in the U.S. District Court for the District of Columbia).

## IX.) COUNT FIVE: VIOLATION OF THE CLAYTON ANTI-TRUST ACT

26.) According to the U.S. Department of Justice, the Clayton Anti-Trust Act was enacted in order to ensure that there is perfect competition in every market as opposed to there being a monopoly or oligopoly caused by cartels with regards to price-fixing.  The concept of Anti-Trust Law was created during the administration of Theodore Roosevelt who was with the "Rough Riders" during the Battle of San Juan Hill in Cuba during the Spanish-American War in a land where the indigenous hero Hatuey and the Arawak and Taino Indians originally took residence.  Theodore Roosevelt was a "trsut-buster" who fought the cartel created by J.P. Morgan (over

banking), Andrew Carnegie (over the steel industry), Cornelius Vanderbilt (over the railway industry which nowadays seems to be controlled by the "Oracle of Omaha" Warren Buffett and his company Berkshire Hathaway), Henry Ford (over the automotive industry), and John D. Rockefeller (over the oil industry).  According to many conspiracy theorists, John D. Rockefeller was one of the members of the Illuminati in addition to the Rothschild family (Jewish banking family in Europe) and perhaps the Hapsburgs.  Theodore Roosevelt became president after William McKinley was assassinated and J.P. Morgan, Andrew Carnegie, and John D. Rockefeller (with his company Standard Oil which would later become the subject of a tax law case known as ***Eisner v. Macomber, 252 U.S. 189 (1920)***) take credit for putting William McKinley in office to win against their competitor William Jennings Bryan who was attempting to "take down" the powerful cartel.  J.P. Morgan would also invest in Thomas Edison as an inventor who advocated for direct current electricity while the famous inventor Nikola Tesla advocated for alternating current electricity and competed for the Niagara Falls contract against George Westinghouse. Nikola Tesla might have been protected by Wright-Patterson AFB in Ohio and his death was shrouded in mystery due to the secretive nature of his work on the "Tesla Death Ray."  Theodore Roosevelt was a president different from "Silent Cal" (Calvin Coolidge) and Warren Harding who was engaged in "Teapot Dome Scandal" and also

from Woodrow Wilson (who delivered his "Fourteen Points" during World War I), and William Howard Taft (the only president who served as a Supreme Court justice after his presidency).

27.) The plaintiff argues that the sole defendant has violated the Clayton Anti-Trust Act because AT & T is trying to perform a corporate takeover of Time Warner, Inc. and Time Warner, Inc. is not even engaging in a "poison pill" mechanism to avert the potentially hostile takeover.  If and when AT & T performs a merger and/or acquisition of Time Warner, Inc., the new conglomerate created proposes to favor the content of its "Internet Service Providers (ISP's)" and to "slow down" or prevent access of internet users to other competitive websites such as YouTube/Vevo, Apple Music/itunes, Vimeo, Daily Motion, and/or MetaCafe.  because of the fact that the plaintiff has many of his music videos on websites such as YouTube/Vevo, itunes, and Vimeo, the plaintiff asserts that his content with be negatively affected by the practice of AT & T favoring the content of its ISP's given that the Federal Communications Commission (FCC) and its chairman Ajit Pai recently repealed the "net neutrality" laws and are presumably modifying the Code of Federal Regulations (CFR) and Federal Register to reflect these new codifications of law (which are being opposed by many liberal members of Congress).

**X.) COUNT SIX: VIOLATION OF THE SHERMAN ANTI-TRUST ACT**

28.) According to the U.S. Department of Justice, the Clayton Anti-Trust Act was enacted in order to ensure that there is perfect competition in every market as opposed to there being a monopoly or oligopoly caused by cartels with regards to price-fixing. The concept of Anti-Trust Law was created during the administration of Theodore Roosevelt who was with the "Rough Riders" during the Battle of San Juan Hill in Cuba during the Spanish-American War in a land where the indigenous hero Hatuey and the Arawak and Taino Indians originally took residence. Theodore Roosevelt was a "trsut-buster" who fought the cartel created by J.P. Morgan (over banking), Andrew Carnegie (over the steel industry), Cornelius Vanderbilt (over the railway industry which nowadays seems to be controlled by the "Oracle of Omaha" Warren Buffett and his company Berkshire Hathaway), Henry Ford (over the automotive industry), and John D. Rockefeller (over the oil industry). According to many conspiracy theorists, John D. Rockefeller was one of the members of the Illuminati in addition to the Rothschild family (Jewish banking family in Europe) and perhaps the Hapsburgs. Theodore Roosevelt became president after William McKinley was assassinated and J.P. Morgan, Andrew Carnegie, and John D. Rockefeller (with his company Standard Oil which would later become the subject of a tax law case known as ***Eisner v. Macomber, 252 U.S. 189 (1920)***) take credit for putting William McKinley in office to win against their competitor William Jennings

Bryan who was attempting to "take down" the powerful cartel. J.P. Morgan would also invest in Thomas Edison as an inventor who advocated for direct current electricity while the famous inventor Nikola Tesla advocated for alternating current electricity and competed for the Niagara Falls contract against George Westinghouse. Nikola Tesla might have been protected by Wright-Patterson AFB in Ohio and his death was shrouded in mystery due to the secretive nature of his work on the "Tesla Death Ray." Theodore Roosevelt was a president different from "Silent Cal" (Calvin Coolidge) and Warren Harding who was engaged in "Teapot Dome Scandal" and also from Woodrow Wilson (who delivered his "Fourteen Points" during World War I), and William Howard Taft (the only president who served as a Supreme Court justice after his presidency).

29.) The plaintiff argues that the sole defendant has violated the Sherman Anti-Trust Act because AT & T is trying to perform a corporate takeover of Time Warner, Inc. and Time Warner, Inc. is not even engaging in a "poison pill" mechanism to avert the potentially hostile takeover. If and when AT & T performs a merger and/or acquisition of Time Warner, Inc., the new conglomerate created proposes to favor the content of its "Internet Service Providers (ISP's)" and to "slow down" or prevent access of internet users to other competitive websites such as YouTube/Vevo, Apple Music/itunes, Vimeo, Daily Motion, and/or MetaCafe. because of the fact that the

plaintiff has many of his music videos on websites such as YouTube/Vevo, itunes, and Vimeo, the plaintiff asserts that his content with be negatively affected by the practice of AT & T favoring the content of its ISP's given that the Federal Communications Commission (FCC) and its chairman Ajit Pai recently repealed the "net neutrality" laws and are presumably modifying the Code of Federal Regulations (CFR) and Federal Register to reflect these new codifications of law (which are being opposed by many liberal members of Congress).

## XI.) COUNT SEVEN: VIOLATION OF THE ROBINSON-PATMAN ACT

30.)   The Robinson-Patman Act was enacted to deal with price-fixing by cartels, oligopolies, and/or monopolies in certain industries and so it is indirectly related to Anti-Trust Law enforced by the U.S. Department of Justice and the Bureau of Economics and Bureau of Consumer Protection at the Federal Trade Commission (FTC).  The concept of Anti-Trust Law was created during the administration of Theodore Roosevelt who was with the "Rough Riders" during the Battle of San Juan Hill in Cuba during the Spanish-American War in a land where the indigenous hero Hatuey and the Arawak and Taino Indians originally took residence.  Theodore Roosevelt was a "trsut-buster" who fought the cartel created by J.P. Morgan (over banking), Andrew Carnegie (over the steel industry), Cornelius Vanderbilt (over the railway industry which nowadays seems to be controlled by the "Oracle of Omaha"

Warren Buffett and his company Berkshire Hathaway), Henry Ford (over the automotive industry), and John D. Rockefeller (over the oil industry). According to many conspiracy theorists, John D. Rockefeller was one of the members of the Illuminati in addition to the Rothschild family (Jewish banking family in Europe) and perhaps the Hapsburgs. Theodore Roosevelt became president after William McKinley was assassinated and J.P. Morgan, Andrew Carnegie, and John D. Rockefeller (with his company Standard Oil which would later become the subject of a tax law case known as ***Eisner v. Macomber, 252 U.S. 189 (1920)***) take credit for putting William McKinley in office to win against their competitor William Jennings Bryan who was attempting to "take down" the powerful cartel. J.P. Morgan would also invest in Thomas Edison as an inventor who advocated for direct current electricity while the famous inventor Nikola Tesla advocated for alternating current electricity and competed for the Niagara Falls contract against George Westinghouse. Nikola Tesla might have been protected by Wright-Patterson AFB in Ohio and his death was shrouded in mystery due to the secretive nature of his work on the "Tesla Death Ray." Theodore Roosevelt was a president different from "Silent Cal" (Calvin Coolidge) and Warren Harding who was engaged in "Teapot Dome Scandal" and also from Woodrow Wilson (who delivered his "Fourteen Points" during World War I),

and William Howard Taft (the only president who served as a Supreme Court justice after his presidency).

31.) The plaintiff argues that the sole defendant has violated the Robinson-Patman Act because AT & T is trying to perform a corporate takeover of Time Warner, Inc. and Time Warner, Inc. is not even engaging in a "poison pill" mechanism to avert the potentially hostile takeover.  If and when AT & T performs a merger and/or acquisition of Time Warner, Inc., the new conglomerate created proposes to favor the content of its "Internet Service Providers (ISP's)" and to "slow down" or prevent access of internet users to other competitive websites such as YouTube/Vevo, Apple Music/itunes, Vimeo, Daily Motion, and/or MetaCafe.  because of the fact that the plaintiff has many of his music videos on websites such as YouTube/Vevo, itunes, and Vimeo, the plaintiff asserts that his content with be negatively affected by the practice of AT & T favoring the content of its ISP's given that the Federal Communications Commission (FCC) and its chairman Ajit Pai recently repealed the "net neutrality" laws and are presumably modifying the Code of Federal Regulations (CFR) and Federal Register to reflect these new codifications of law (which are being opposed by many liberal members of Congress).

## XII.) COUNT EIGHT: VIOLATION OF THE MAGNUSON-MOSS ACT

32.) The Magnuson-Moss Act is related to warranties and it is indirectly associated with the Robinson-Patman Act, Clayton Anti-Trust Act, and Sherman Anti-Trust Act according to the plaintiff in the present case at bar. The concept of Anti-Trust Law was created during the administration of Theodore Roosevelt who was with the "Rough Riders" during the Battle of San Juan Hill in Cuba during the Spanish-American War in a land where the indigenous hero Hatuey and the Arawak and Taino Indians originally took residence. Theodore Roosevelt was a "trsut-buster" who fought the cartel created by J.P. Morgan (over banking), Andrew Carnegie (over the steel industry), Cornelius Vanderbilt (over the railway industry which nowadays seems to be controlled by the "Oracle of Omaha" Warren Buffett and his company Berkshire Hathaway), Henry Ford (over the automotive industry), and John D. Rockefeller (over the oil industry). According to many conspiracy theorists, John D. Rockefeller was one of the members of the Illuminati in addition to the Rothschild family (Jewish banking family in Europe) and perhaps the Hapsburgs. Theodore Roosevelt became president after William McKinley was assassinated and J.P. Morgan, Andrew Carnegie, and John D. Rockefeller (with his company Standard Oil which would later become the subject of a tax law case known as ***Eisner v. Macomber, 252 U.S. 189 (1920)***) take credit for putting William McKinley in office to win against their competitor William Jennings Bryan who was attempting to "take

down" the powerful cartel.  J.P. Morgan would also invest in Thomas Edison as an inventor who advocated for direct current electricity while the famous inventor Nikola Tesla advocated for alternating current electricity and competed for the Niagara Falls contract against George Westinghouse.  Nikola Tesla might have been protected by Wright-Patterson AFB in Ohio and his death was shrouded in mystery due to the secretive nature of his work on the "Tesla Death Ray."  Theodore Roosevelt was a president different from "Silent Cal" (Calvin Coolidge) and Warren Harding who was engaged in "Teapot Dome Scandal" and also from Woodrow Wilson (who delivered his "Fourteen Points" during World War I), and William Howard Taft (the only president who served as a Supreme Court justice after his presidency).

33.) The plaintiff argues that the sole defendant has violated the Magnuson-Moss Act because AT & T is trying to perform a corporate takeover of Time Warner, Inc. and Time Warner, Inc. is not even engaging in a "poison pill" mechanism to avert the potentially hostile takeover.  If and when AT & T performs a merger and/or acquisition of Time Warner, Inc., the new conglomerate created proposes to favor the content of its "Internet Service Providers (ISP's)" and to "slow down" or prevent access of internet users to other competitive websites such as YouTube/Vevo, Apple Music/itunes, Vimeo, Daily Motion, and/or MetaCafe.  because of the fact that the

plaintiff has many of his music videos on websites such as YouTube/Vevo, itunes, and Vimeo, the plaintiff asserts that his content with be negatively affected by the practice of AT & T favoring the content of its ISP's given that the Federal Communications Commission (FCC) and its chairman Ajit Pai recently repealed the "net neutrality" laws and are presumably modifying the Code of Federal Regulations (CFR) and Federal Register to reflect these new codifications of law (which are being opposed by many liberal members of Congress).

## XIII.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is requesting a remedy at law in the form of a judgment in the amount of $250,000 (two hundred and fifty thousand dollars). This remedy at law is appropriate when considering that the defendant has committed a material breach of contract and the following torts: negligence, tortious interference with business relations/contracts, intentional infliction of emotional distress (IIED).  The plaintiff asserts that the defendant is not protected by the Federal Tort Claims Act (FTCA) and/or the Eleventh Amendment doctrine of sovereign immunity. Accordingly, the plaintiff is also suing for damages (i.e. remedies at law) because of the fact that the sole defendant has violated the following provisions of "black-letter law" or statutory law: Magnuson-Moss Act, Robinson-Patman Act, Clayton

Anti-Trust Act, and Sherman Anti-Trust Act.  In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The remedy at law in the form of a judgment in the amount of $250,000 (two hundred and fifty thousand dollars) would be appropriately considered to be punitive, compensatory, treble, actual, presumed, and special damages for the defendants' commission of the following torts: negligence, intentional infliction of emotional distress (IIED), tortious interference with business relations/contracts.

B.) The remedy at law in the form of a judgment in the amount of $250,000 (two hundred and fifty thousand dollars)  would also be considered to be expectation, reliance, restitution, incidental, and consequential damages for the defendant's commission of a material breach of contract.

C.) The remedy at law in the amount of $250,000 would also be considered as punitive, compensatory, actual, presumed, special, and treble damages for the fact that the sole defendant has violated the following provisions of "black-letter law" or federal statutory law creating a "federal question" for the purposes of this current litigation: Magnuson-Moss Act, Robinson-Patman Act, Clayton Anti-Trust Act, and Sherman Anti-Trust Act.  Needless to say, the plaintiff has standing, causation, and redressability to file these current causes of action as this is not an amicus curiae or "friend of the court" pleading or appellate brief.  The current case at bar involves is

ripe and not moot and does not involve the application of an ex post facto law or bill

of attainder.  It also does not involve a non-justiciable "political question" or the

rendering of an advisory opinion.

D.) The plaintiff is also requesting the equitable remedy of an injunction or specific

performance mandating that the plaintiff be allowed to get a free Android and/or

iphone if he switches his cell-phone service from Metro PCS to AT & T.

Respectfully submitted,

Ronald Satish Emrit

8756 Las vegas Court, Apartment # 2023

Fort Worth, TX 76116

(301)537-8471

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

4-18CV0090   0

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Ronald Satish Emrit

**(b)** County of Residence of First Listed Plaintiff   Tarrant County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit (pro se) (301) 537-847
8756 Las Vegas Ct. #2023, Fort Worth, TX 7616

## DEFENDANTS

AT&T and Time Warner, Inc.

County of Residence of First Listed Defendant   Dallas County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
AT&T and Time Warner, Inc.
211 South Akard St.   (210)
Dallas TX 75202   821-4105

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability |  |    28 USC 157 |    3729(a)) |
| ☐ 140 Negotiable Instrument |    Liability  ☐ 367 Health Care/ |  |  | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Pharmaceutical |  | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
|    & Enforcement of Judgment |    Slander    Personal Injury |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |    Liability  ☐ 368 Asbestos Personal |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|    Student Loans | ☐ 340 Marine    Injury Product |  |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    (Excludes Veterans) | ☐ 345 Marine Product    Liability |  | ☐ 840 Trademark |    Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |    Liability  **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 371 Truth in Lending |    Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract |    Product Liability  ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |    Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage |    Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury  ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
|  | ☐ 362 Personal Injury -    Product Liability | ☐ 751 Family and Medical |  | ☐ 893 Environmental Matters |
|  |    Medical Malpractice |    Leave Act |  | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |    Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee |    Income Security Act |    or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate |  | ☐ 871 IRS—Third Party |    Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence |  |    26 USC 7609 |    Agency Decision |
| ☐ 245 Tort Product Liability |    Accommodations  ☐ 530 General |  |  | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | **IMMIGRATION** |  |    State Statutes |
|  |    Employment  **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 465 Other Immigration |  |  |
|  |    Other  ☐ 550 Civil Rights |    Actions |  |  |
|  | ☐ 448 Education  ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - |  |  |  |
|  |    Conditions of |  |  |  |
|  |    Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Clayton Anti-Trust Act, Sherman Anti-Trust Act, Robinson Patman Act
Brief description of cause:
Defendant has intentions of creating an oligopoly/cartel

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   $250,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   N/A   DOCKET NUMBER   N/A

DATE   2/3/2018

SIGNATURE OF ATTORNEY OF RECORD
Ronald Satish Emrit (pro se)

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____



Attn: Clerk of the Court
U.S. District Court of
Northern Texas
501 West 10th Street
Room 310
Fort Worth, TX 76102-3673

Ronald Satish Emrit
8756 Las Vegas Court
Apartment # 2023
Fort Worth, TX 76116

RECEIVED
Feb 35 2018
CLERK U.S....