IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FOR WORTH DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-090-O |
| | § | |
| AT & T, Et Al. | § | |
| | § | |
| RONALD SATISH EMRIT, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-091-O |
| | § | |
| WELLS FARGO BANK, Inc. | § | |
| | § | |
| RONALD SATISH EMRIT, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-092-O |
| | § | |
| EQUIFAX, Inc. | § | |

## ORDER OF DISMISSAL

Before the Court are these three new civil actions filed by *pro se* Plaintiff Ronald Satish Emrit. Plaintiff Emrit sought to proceed *in forma pauperis* (IFP) in each case. On February 8, 2018 the court issued an order denying the motions to proceed in forma pauperis of plaintiff Emrit in each case, and directed Emrit to pay the full filing and administrative fees of $400.00 for each case within 7 days. The February 8, 2018 order informed Emrit that failure to timely pay the filing and administrative fees could result in the dismissal of each case without further notice under Federal Rule of Civil Procedure 41(b). In the time since, Emrit has not paid the fees or filed any motion or document related to the court's order to pay the fees in any of these cases. The court finds that each case is therefore subject to dismissal for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that each of these cases is **DISMISSED** without prejudice.

**SO ORDERED** this **16th day** of **February, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE