IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FOR WORTH DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT, | § § |
| v. | §  Civil Action No. 4:18-cv-090-O § |
| AT & T, Et Al. | § § |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED** without prejudice. *See* Fed R. Civ. P. 41(b). All costs of court are taxed against the party who incurred them.

**SIGNED** this **16th day** of **February, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE