**FILED**
**April 19, 2018**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

4:18-CV-90-O
_____

No. 18-10318
_____

RONALD SATISH EMRIT,

    Plaintiff - Appellant

v.

AT&T; TIME WARNER, INCORPORATED,

    Defendants - Appellees

**A True Copy**
Certified order issued Apr 19, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Appeal from the United States District Court for the
Northern District of Texas
_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of April 19, 2018, for want of prosecution. The appellant failed to timely pay the docketing fee.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    *Melissa Mattingly*

    By: _____
    Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT